**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:06CR05-6**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **KENNETH BRIAN HICKS,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

THIS CAUSE coming on to be heard and being heard on July 5, 2006, pursuant to an oral motion made by defendant's counsel requesting that the defendant be allowed to participate in the Jail Based Inpatient Treatment Program, and it appearing to the court that the defendant is charged in a one count Bill of Indictment with conspiracy to manufacture and possess with intent to distribute a quantity of methamphetamine, schedule II controlled substance and that the Jail Based Inpatient Treatment Program has recently been developed by the United States Probation Office to assist defendants with the abuse of that substance.

**ORDER**

IT IS, THEREFORE, **ORDERED** that the defendant be allowed to participate in the Jail Based Inpatient Treatment Program.

Signed: July 14, 2006

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge